IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CARL D. HARRIS, JR.,
    Plaintiff,

v.                                 Civil No. 3:19cv932 (DJN)

C. T. WOODY, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 7, 2020, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. On June 11, 2020, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. (ECF No. 9.) On June 22, 2020, the United States Postal Service returned the June 11, 2020, Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT THIS ADDRESS," because Plaintiff apparently relocated. (ECF No. 10.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                         /s/

                                 David J. Novak
                                 United States District Judge

Richmond, Virginia
Date: June 24, 2020